

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,060-01

**EX PARTE DONELL MARQUIS FOLEY, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F49439-A IN THE 249TH DISTRICT COURT
### FROM JOHNSON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of one count of delivery of a controlled substance, 4 to 200 grams, as a habitual felon, and he was sentenced to twenty-five years' imprisonment. He was also convicted of two counts of delivery of a controlled substance, 1 to 4 grams, which counts resulted in suspended sentences and community supervision.

Applicant alleges that his guilty pleas were involuntary due to the ineffective assistance of his trial counsel and that counsel failed to file a notice of appeal. Trial counsel has provided a response. Counsel's response and the habeas record show that the claims pertaining to the conviction

in count 1 that resulted in a twenty-five year sentence lack merit. These claims are denied. The claims pertaining to the convictions in counts 2 and 3 are dismissed. Applicant may not challenge these counts of conviction in an Article 11.07 habeas application because such a challenge must be raised under Article 11.072 of the Code of Criminal Procedure. *Ex parte Hiracheta*, 307 S.W3d 323 (Tex. Crim. App. 2010); *Villanueva v. State*, 252 S.W.3d 391 (Tex. Crim. App. 2008).

Filed: January 13, 2016

Do not publish